**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45167-PSH |
| | § | |
| SUSIE L. GOODWIN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/30/2011, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/04/2011           By:   /s/ David P. Leibowitz
                                                (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  § Case No. 10-45167-PSH
 §
SUSIE L. GOODWIN § 
 §
 §
 Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $3,239.20 |
| *and approved disbursements of* | $755.07 |
| *leaving a balance on hand of[1]:* | $2,484.13 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $2,484.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $621.23 | $0.00 | $621.23 |
| David P. Leibowitz, Trustee Expenses | $3.24 | $0.00 | $3.24 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $624.47 |
| Remaining balance: | $1,859.66 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  | Remaining balance: | $1,859.66 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $1,859.66 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,495.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Banco Popular | $4,510.86 | $0.00 | $169.48 |
| 2 | Chase Bank USA, N.A. | $1,718.34 | $0.00 | $64.56 |
| 3 | US Department of Education | $31,847.06 | $0.00 | $1,196.56 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $3,700.22 | $0.00 | $139.03 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $1,613.64 | $0.00 | $60.63 |
| 6 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $6,105.64 | $0.00 | $229.40 |

|  | Total to be paid to timely general unsecured claims: | $1,859.66 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Susie L. Goodwin  
    Debtor

Case No. 10-45167-PSH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: ahamilton     Page 1 of 1     Date Rcvd: Aug 05, 2011  
                   Form ID: pdf006     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2011.

```
db          +Susie L. Goodwin,   6615 Grand Ave,   Apt 1D,   Hammond, IN 46323-1820
aty         +Joseph Wrobel,   Joseph Wrobel, Ltd,   105 W Madison,   Suite 700,   Chicago, IL 60602-4669
tr          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
16251973    +Banco Popular,   PO Box 4503,   Oak Park, IL 60303-4503
16251975     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
16251976     Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
16251974    +Chase,   Attn: Home Equity Loan Servicing,   PO Box 24714,   Columbus, OH 43224-0714
16677224     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16251977    +Citi,   PO Box 6286,   Sioux Falls, SD 57117-6286
16251978    +Cook County Treasurer,   Attn: Law Department,   118 N. Clark St., Room 212,
              Chicago, IL 60602-1589
16251979     Direct Loans,   US Dept. of Education,   PO Box 9003,   Niagara Falls, NY 14302-9003
16251980     Home Depot,   PO Box 7032,   Sioux Falls, SD 57117-7032
16251981     Home Depot Credit Services,   PO Box 653000,   Dallas, TX 75265-3000
16894658    +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16251983     Sears,   PO Box 183081,   Columbus, OH 43218-3081
16251982     Sears,   PO Box 183082,   Columbus, OH 43218-3082
16863622     US Department of Education,   Direct Loan SVC,   P.O. Box 5609,   Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2011**          **Signature:** _/s/ Joseph Speetjens_