UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-45167-PSH |
| | § | |
| SUSIE L. GOODWIN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $91,349.00 | Assets Exempt: | $21,977.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,859.66 | Claims Discharged Without Payment: | $73,146.28 |
| Total Expenses of Administration: | $625.25 | | |

3)  Total gross receipts of $3,239.20 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $754.29 (see **Exhibit 2),** yielded net receipts of $2,484.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $102,331.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $625.25 | $625.25 | $625.25 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $37,719.22 | $49,495.76 | $44,984.90 | $1,859.66 |
| **Total Disbursements** | $140,050.22 | $50,121.01 | $45,610.15 | $2,484.91 |

4). This case was originally filed under chapter 7 on 10/08/2010. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/02/2011         By: /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 Tax Refund | 1224-000 | $3,239.00 |
| Interest Earned | 1270-000 | $0.20 |
| **TOTAL GROSS RECEIPTS** | | **$3,239.20** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Susie L. Goodwin | Exemptions | 8100-002 | $754.29 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$754.29** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $101,039.00 | NA | $0.00 | $0.00 |
| | Cook County Treasurer | 4110-000 | $1,292.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$102,331.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $621.23 | $621.23 | $621.23 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.24 | $3.24 | $3.24 |
| Green Bank | 2600-000 | NA | $0.78 | $0.78 | $0.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $625.25 | $625.25 | $625.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Banco Popular | 7100-000 | $6,100.00 | $4,510.86 | $0.00 | $0.00 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $1,598.18 | $1,718.34 | $1,718.34 | $71.03 |
| 3 | US Department of Education | 7100-000 | NA | $31,847.06 | $31,847.06 | $1,316.54 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | NA | $3,700.22 | $3,700.22 | $152.97 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-000 | NA | $1,613.64 | $1,613.64 | $66.71 |
| 6 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-000 | NA | $6,105.64 | $6,105.64 | $252.41 |
|  | Direct Loans | 7100-000 | $18,250.00 | NA | NA | $0.00 |
|  | Home Depot Credit Services | 7100-000 | $4,787.70 | NA | NA | $0.00 |
|  | Sears | 7100-000 | $3,491.67 | NA | NA | $0.00 |
|  | Sears | 7100-000 | $3,491.67 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $37,719.22 | $49,495.76 | $44,984.90 | $1,859.66 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1
Exhibit 8

| Case No.: | 10-45167-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GOODWIN, SUSIE L. | Date Filed (f) or Converted (c): | 10/08/2010 (f) |
| For the Period Ending: | 12/2/2011 | §341(a) Meeting Date: | 11/22/2010 |
| | | Claims Bar Date: | 03/31/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Location: 1350 Freeland Ave, Calumet City IL 60409 | $75,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Personal Funds | $50.00 | $0.00 | DA | $0.00 | FA |
| 3  Checking - Chase Bank Acct #0261 | $22.00 | $0.00 | DA | $0.00 | FA |
| 4  Micellaneous personal possessions In debtor's possession | $1,500.00 | $1,500.00 | DA | $0.00 | FA |
| 5  Micellaneous used clothing - fully depreciated | $400.00 | $0.00 | DA | $0.00 | FA |
| 6  401k - TSP | $177.00 | $0.00 | DA | $0.00 | FA |
| 7  2005 GMC Canyon In debtor's possession | $14,200.00 | $1,772.00 | DA | $0.00 | FA |
| 8  2010 Tax Refund (u) | Unknown | $3,239.00 | DA | $3,239.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | DA | $0.20 | FA |

**TOTALS (Excluding unknown value)**                                                                          **Gross Value of Remaining Assets**

$91,349.00     $6,511.00                             $3,239.20     $0.00

**Major Activities affecting case closing:**
Tax Refund
TFR Completed for Trustee's review.
TFR sent to Tom for review and approval.
Supplement distribution as Banco Popular debt was paid in full.

**Initial Projected Date Of Final Report (TFR):** 05/01/2012         /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 05/01/2012         DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| | | |  | | |
|---|---|---|---|---|---|
| **Case No.** | 10-45167-PSH | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | GOODWIN, SUSIE L. | | **Bank Name:** | Green Bank | |
| **Primary Taxpayer ID #:** | ******1099 | | **Checking Acct #:** | ******6701 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA | |
| **For Period Beginning:** | 10/8/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 12/2/2011 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $2,484.91 | | $2,484.91 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.78 | $2,484.13 |
| 08/31/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.24 | $2,480.89 |
| 08/31/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $621.23 | $1,859.66 |
| 08/31/2011 | 5003 | Banco Popular | Claim #: 1; Amount Claimed: 4,510.86; Amount Allowed: 4,510.86; Distribution Dividend: 3.76; | 7100-000 | | $169.48 | $1,690.18 |
| 08/31/2011 | 5004 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 1,718.34; Amount Allowed: 1,718.34; Distribution Dividend: 3.76; | 7100-900 | | $64.56 | $1,625.62 |
| 08/31/2011 | 5005 | US Department of Education | Claim #: 3; Amount Claimed: 31,847.06; Amount Allowed: 31,847.06; Distribution Dividend: 3.76; | 7100-000 | | $1,196.56 | $429.06 |
| 08/31/2011 | 5006 | PYOD LLC its successors and assigns as assignee of | Claim #: 4; Amount Claimed: 3,700.22; Amount Allowed: 3,700.22; Distribution Dividend: 3.76; | 7100-900 | | $139.03 | $290.03 |
| 08/31/2011 | 5007 | PYOD LLC its successors and assigns as assignee of | Claim #: 5; Amount Claimed: 1,613.64; Amount Allowed: 1,613.64; Distribution Dividend: 3.76; | 7100-000 | | $60.63 | $229.40 |
| 08/31/2011 | 5008 | PYOD LLC its successors and assigns as assignee of | Claim #: 6; Amount Claimed: 6,105.64; Amount Allowed: 6,105.64; Distribution Dividend: 3.76; | 7100-000 | | $229.40 | $0.00 |
| 09/19/2011 | 5003 | VOID: Banco Popular | | 7100-003 | | ($169.48) | $169.48 |
| 09/22/2011 | 5009 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 1,718.34; Amount Allowed: 1,718.34; Distribution Dividend: 4.13; | 7100-900 | | $6.47 | $163.01 |
| 09/22/2011 | 5010 | US Department of Education | Claim #: 3; Amount Claimed: 31,847.06; Amount Allowed: 31,847.06; Distribution Dividend: 4.13; | 7100-000 | | $119.98 | $43.03 |
| 09/22/2011 | 5011 | PYOD LLC its successors and assigns as assignee of | Claim #: 4; Amount Claimed: 3,700.22; Amount Allowed: 3,700.22; Distribution Dividend: 4.13; | 7100-900 | | $13.94 | $29.09 |
| 09/22/2011 | 5012 | PYOD LLC its successors and assigns as assignee of | Claim #: 5; Amount Claimed: 1,613.64; Amount Allowed: 1,613.64; Distribution Dividend: 4.13; | 7100-000 | | $6.08 | $23.01 |
| 09/22/2011 | 5013 | PYOD LLC its successors and assigns as assignee of | Claim #: 6; Amount Claimed: 6,105.64; Amount Allowed: 6,105.64; Distribution Dividend: 4.13; | 7100-000 | | $23.01 | $0.00 |

**SUBTOTALS**     $2,484.91     $2,484.91

Page No: 2

FORM 2

Case 10-45167  Doc 29  Filed 12/05/11  Entered 12/05/11 17:25:23  Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 7 of 9

Exhibit 9

| **Case No.** | 10-45167-PSH | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | GOODWIN, SUSIE L. | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******1099 | | | **Checking Acct #:** | ******6701 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | DDA |
| **For Period Beginning:** | 10/8/2010 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/2/2011 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $2,484.91 | $2,484.91 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,484.91 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,484.91 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,484.91 | |

| For the period of **10/8/2010** to **12/2/2011** | | For the entire history of the account between **06/29/2011** to **12/2/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,484.91 | Total Internal/Transfer Receipts: | $2,484.91 |
| | | | |
| Total Compensable Disbursements: | $2,484.91 | Total Compensable Disbursements: | $2,484.91 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,484.91 | Total Comp/Non Comp Disbursements: | $2,484.91 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-45167-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GOODWIN, SUSIE L. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1099 | Money Market Acct #: | ******5167 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/8/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/2/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/03/2011 | (8) | United States Treasury | | 1224-000 | $3,239.00 | | $3,239.00 |
| 05/04/2011 | 1001 | Susie L. Goodwin | Entitled portion of Tax Refund Check | 8100-002 | | $754.29 | $2,484.71 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.10 | | $2,484.81 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.10 | | $2,484.91 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,484.91 | $0.00 |
| | | | **TOTALS:** | | $3,239.20 | $3,239.20 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $2,484.91 | |
| | | | Subtotal | | $3,239.20 | $754.29 | |
| | | | Less: Payments to debtors | | $0.00 | $754.29 | |
| | | | Net | | $3,239.20 | $0.00 | |

**For the period of 10/8/2010 to 12/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $3,239.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,239.20 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $754.29 |
| Total Comp/Non Comp Disbursements: | $754.29 |
| Total Internal/Transfer Disbursements: | $2,484.91 |

**For the entire history of the account between 05/03/2011 to 12/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $3,239.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,239.20 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $754.29 |
| Total Comp/Non Comp Disbursements: | $754.29 |
| Total Internal/Transfer Disbursements: | $2,484.91 |

Page No: 4

Case 10-45167    Doc 29    Filed 12/05/11    Entered 12/05/11 17:25:23    Desc Main
Document      Page 9 of 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| **Case No.** | 10-45167-PSH | **Trustee Name:** | David Leibowitz |
| --- | --- | --- | --- |
| **Case Name:** | GOODWIN, SUSIE L. | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******1099 | **Money Market Acct #:** | ******5167 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/8/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/2/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $3,239.20 | $3,239.20 | $0.00 |

**For the period of 10/8/2010 to 12/2/2011**

| | |
| --- | --- |
| Total Compensable Receipts: | $3,239.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,239.20 |
| Total Internal/Transfer Receipts: | $2,484.91 |
| | |
| Total Compensable Disbursements: | $2,484.91 |
| Total Non-Compensable Disbursements: | $754.29 |
| Total Comp/Non Comp Disbursements: | $3,239.20 |
| Total Internal/Transfer Disbursements: | $2,484.91 |

**For the entire history of the case between 10/08/2010 to 12/2/2011**

| | |
| --- | --- |
| Total Compensable Receipts: | $3,239.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,239.20 |
| Total Internal/Transfer Receipts: | $2,484.91 |
| | |
| Total Compensable Disbursements: | $2,484.91 |
| Total Non-Compensable Disbursements: | $754.29 |
| Total Comp/Non Comp Disbursements: | $3,239.20 |
| Total Internal/Transfer Disbursements: | $2,484.91 |